Judgment reversed and new trial granted, costs to abide the final award of costs. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Ida Silberman, Appellant, v. Louis Scher, Respondent.— Final judgment modified by deducting therefrom $2,000 included therein as the value of the good will of the business, and also $1,399.58 unpaid balance on account of material furnished on plaintiff's account from the wholesale store of Jacob Silberman, making a total reduction of $3,399.58; and as so modified it and the interlocutory judgment appealed from are severally affirmed, without costs to either party in this court. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

John Verderber and Sophie Verderber, Appellants, v. Globe Anti-Friction Roller Bearing Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Margarite A. Cody, as Administratrix, etc., Respondent, v. Bradley Contracting Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present— Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Thomas A. Moorehead, Appellant, v. Realty Association, Respondent. — Motion denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Bertha J. Moriarta, as Administratrix, etc., Appellant, v. Richmond Light and Railroad Company, Respondent.— Motion denied. Present— Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Phillip Wissbach, as Administrator, etc., Appellant, v. The Terry & Tench Company, Inc., Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

John F. Conway, Respondent, v. The Farish-Stafford Company, Appellant.— Reargument ordered, and case set down for Friday, May 7, 1915. Present — Jenks, P. J., Thomas, Rich and Putnam, JJ.

The People of the State of New York ex rel. John Krohn, Appellant, v. The Warden and Keeper of City Prison, Brooklyn, and Another. Respondents.— Order affirmed on the authority of *People* v. *Charles Schweinler Press* (214 N. Y. 395), decided by the Court of Appeals March 26, 1915. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.